MICHAEL B. LUBIC (SBN 122591)
TODD L. NUNN (SBN 320687)
CONNOR J. MEGGS (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Email: michael.lubic@klgates.com
       todd.nunn@klgates.com
       connor.meggs@klgates.com

Attorneys for Reorganized Debtor
RPM HARBOR SERVICES, INC.
and SHAWN DUKE

DANIEL SROURIAN (SBN 285678)
SROURIAN LAW FIRM, P.C.
3435 Wilshire Boulevard, Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213 471-4160

Attorneys for GABRIEL TURCIOS,
An individual, on behalf of himself
and others similarly situated

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-14484-WB |
| RPM HARBOR SERVICES, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | Adv. No. 2:20-ap-01156-WB |
| GABRIEL TURCIOS, an individual, on behalf of himself and others similarly situated, | **JOINT STATUS REPORT** |
| Plaintiffs, | Date: October 3, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 1375<br>255 E Temple Street<br>Los Angeles, CA 90012 |
| vs. | |
| RPM HARBOR SERVICES, INC., a California Corporation; SHAWN DUKE, an individual; and does 1-100, inclusive, | |
| Defendants. | |

1

**JOINT STATUS REPORT**

      RPM Harbor Services, Inc., the reorganized debtor in the above-captioned bankruptcy case ("RPM") and Shawn Duke ("Shawn") (collectively, the "Defendants"), on the one hand, and Gabriel Turcios ("Turcios" or the "Plaintiff" and, together with Defendants, the "Parties"), on the other hand, hereby submit their Joint Status Report:

      In the spring of 2022, the Parties finalized the settlement documents to seek preliminary approval of the class action settlement in the State Court. Plaintiff filed its Motion for Preliminary Approval (the "Motion") on or about June 15, 2022. The State Court set the hearing date on the Motion for September 2, 2022, which was the earliest available date. The State Court later continued the hearing date on the Motion *sua sponte* to November 14, 2022. The Parties then stipulated to continue the hearing date on the Motion due to unavailability of Plaintiff's counsel on November 14, and the State Court continued the hearing to January 6, 2023. At the January 6, 2023 hearing, the State Court advised that certain minor changes to the settlement documents were necessary before preliminary approval could be granted. The supplemental documents addressing the State Court's concerns were filed on or about February 6, 2023, and the new hearing date for the Motion was set for March 27, 2023.

      On March 17, 2023, the State Court continued the hearing date on the Motion *sua sponte* to June 27, 2023. The Parties appeared for the June 27, 2023 hearing, during which the State Court ordered the Parties to submit briefing to clarify and explain to it what occurred in this Bankruptcy Court and whether the class action claims were a part of the bankruptcy proceedings. The Court also continued the hearing on the Motion to August 18, 2023. After jointly submitting the briefing ordered by the State Court, the Parties appeared for the August 18, 2023 hearing on the Motion at which the State Court required additional minor modifications to be made to the settlement documents before the Motion could be granted. The State Court ordered the Parties to submit revised papers by September 18, 2023 and continued the hearing on the Motion to October 16, 2023. The Parties timely submitted the revised papers to the State Court and are hopeful that the State Court will approve the Motion on October 16.

      Assuming that the Motion is granted, it is the intention of the Parties to expeditiously work to obtain final approval of the class action settlement agreement; however, the motion for

final approval cannot be heard until the putative class is given notice by a settlement administrator and a 150 day notice period passes.  Accordingly, the Parties respectfully request that the status conference be continued to a date after May 16, 2024,  that is convenient to this Court.  The Parties further request that the pending motion for remand, motion for order to show cause, and motion to dismiss all be continued to the same date and time.

DATED:  September 18, 2023

MICHAEL B. LUBIC
TODD L. NUNN
CONNOR J. MEGGS
K&L GATES LLP

By:  /s/ Michael B. Lubic
Michael B. Lubic
Attorneys for RPM Harbor Services, Inc. and Shawn Duke

DATED:  September 18, 2023

DANIEL SROURIAN
SROURIAN LAW FIRM PC

By: _____
Daniel Srourian
Attorneys for Gabriel Turcios, an individual, on behalf of himself and others similarly situated

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 18, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Armando V Arballo**    aarballo@bgrfirm.com, gmitchell@bgrfirm.com
- **Vanessa M Haberbush**    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Michael B Lubic**    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Michael Simon**    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Daniel Srourian**    daniel@slfla.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 18, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California/Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2023 Jonathan Randolph | /s/ Jonathan Randolph |
|---|---|
| *Date       Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**