MICHAEL B. LUBIC (SBN 122591)
TODD L. NUNN (SBN 320687)
CONNOR J. MEGGS (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile:  310.552.5001
Email: michael.lubic@klgates.com
         todd.nunn@klgates.com
         connor.meggs@klgates.com

Attorneys for Reorganized Debtor
RPM HARBOR SERVICES, INC.
and SHAWN DUKE

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RPM HARBOR SERVICES, INC.,<br><br>　　　Debtor and Debtor in Possession.<br>_____<br>GABRIEL TURCIOS, an individual, on behalf of himself and others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>RPM HARBOR SERVICES, INC., a California Corporation; SHAWN DUKE, an individual; and does 1-100, inclusive,<br><br>　　　Defendants. | Case No. 2:17-bk-14484-WB<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01156-WB<br><br>**STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING**<br><br>Date:　May 28, 2024<br>Time:　2:00 PM<br>Place:　Edward R. Roybal Federal Building<br>　　　　and Courthouse - Courtroom 1375 |

RPM Harbor Services, Inc., the reorganized debtor in the above-captioned bankruptcy case ("RPM") and Shawn Duke ("Shawn") (collectively, the "Defendants"), on the one hand, and Gabriel Turcios ("Turcios" or the "Plaintiff") (collectively, the "Parties"), on the other hand, by and through their attorneys of record, hereby stipulate to withdraw all pending motions

1

**JOINT STIPULATION TO WITHDRAW PENDING MOTIONS AND DISMISS ADVERSARY ACTION**

dismiss the above-captioned adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 42 and in the adversary proceeding as follows based on the following facts and recitals:

    A.    On April 17, 2020, Turcios, on behalf of himself and others similarly situated, brought an action against the Defendants (the "State Court Action"). The action was commenced by the filing of a Verified Complaint (the "Complaint") in the Superior Court for the State of California, County of Los Angeles (the "State Court"), designated Case No. 20STCV15139.

    B.    On July 10, 2020, Defendants filed a motion to reopen the above-captioned bankruptcy case in order to remove the State Court Action to federal court. On the same date, Defendants removed the State Court Action to the above-entitled United States Bankruptcy Court for the Central District of California. [Adv. Dkt. No. 1.]

    C.    Plaintiff filed his Motion for Remand on September 29, 2020. [Adv. Dkt. No. 21.].

    D.    Subsequently, Defendants filed a Motion for Order to Show Cause re Contempt (the "OSC Motion") [Adv. Dkt. No. 26.] Defendants also filed a Motion to Dismiss Adversary Proceeding on October 6, 2020 (the "Motion to Dismiss"). [Adv. Dkt. No. 28.]

    E.    The OSC Motion, Motion for Remand, and Motion to Dismiss were continued a number of times to allow the Parties time to explore a settlement.

    F.    The parties attended mediation which resulted in a resolution of all issues.

    G.    The Bankruptcy Court then entered an order remanding to the State Court "all claims based on acts occurring following confirmation of RPM's plan of reorganization on January 29, 2019…" [Adv. Dkt. No. 82.]

    H.    Following the Bankruptcy Court's order remanding the case, the Parties sought and obtained preliminary approval of the settlement agreement from the State Court.

    I.    The State Court granted final approval of the class action settlement on March 22, 2024.

**JOINT STIPULATION TO WITHDRAW PENDING MOTIONS AND DISMISS ADVERSARY ACTION**

**NOW THEREFOR, based on the foregoing facts and recitals**, the Parties hereby agree and stipulate to (i) withdraw the OSC Motion, Motion for Remand, and Motion to Dismiss and (ii) respectfully request an order from this Court dismissing the instant adversary proceeding.

Dated: May 14, 2024

        MICHAEL B. LUBIC
        TODD L. NUNN
        CONNOR J. MEGGS
        K&L GATES LLP

        By: /s/ Michael B. Lubic
             Michael B. Lubic
        Attorneys for RPM Harbor Services, Inc. and Shawn Duke

Dated: May 14, 2024

        DANIEL SROURIAN
        SROURIAN LAW FIRM PC

        By: _____
             Daniel Srourian
        Attorneys for Gabriel Turcios

JOINT STIPULATION TO WITHDRAW PENDING MOTIONS AND DISMISS ADVERSARY ACTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled **STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Armando V Arballo**   aarballo@bgrfirm.com, gmitchell@bgrfirm.com
- **Vanessa M Haberbush**   vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Michael B Lubic**   michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **Robert S Marticello**   rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Michael Simon**   msimon@raineslaw.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Daniel Srourian**   daniel@slfla.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 14, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Julia W. Brand / United States Bankruptcy Court
Central District of California / Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 14, 2024   Jonathan Randolph | /s/ Jonathan Randolph |
|---|---|
| Date        Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**