| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL B. LUBIC (SBN 122591)<br>TODD L. NUNN (SBN 320687)<br>CONNOR J. MEGGS (SBN 336159)<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, Eighth Floor<br>Los Angeles, California 90067<br>Telephone: (310) 552-5000<br>Facsimile:   (310) 552-5001<br>Email:   michael.lubic@klgates.com<br>         todd.nunn@klgates.com<br>         connor.meggs@klgates.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Reorganized Debtor RPM HARBOR SERVICES, INC. and SHAWN DUKE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>RPM HARBOR SERVICES, INC.,<br><br>                                        Debtor(s). | CASE NO.:  2:17-bk-14484-WB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:20-ap-01156-WB |
|---|---|
| GABRIEL TURCIOS, an individual, on behalf of himself and others similarly situated,<br><br>                                        Plaintiff(s),<br>vs.<br>RPM HARBOR SERVICES, INC., a California Corporation; SHAWN DUKE, an individual; and does 1-100, inclusive,<br><br>                                        Defendant(s). | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: ORDER APPROVING STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING** |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING</u> was lodged on May 22, 2024, and is attached.  This order relates to the motion which is docket number <u>95</u>.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                       Page 1                              **F 9021-1.2.ADV.NOTICE.LODGMENT**

MICHAEL B. LUBIC (SBN 122591)
TODD L. NUNN (SBN 320687)
CONNOR J. MEGGS (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile:  (310) 552-5001
Email:  michael.lubic@klgates.com
           todd.nunn@klgates.com
           connor.meggs@klgates.com

Attorneys for Reorganized Debtor
RPM HARBOR SERVICES, INC.
and SHAWN DUKE

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:17-bk-14484-WB |
| RPM HARBOR SERVICES, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | Adv. No. 2:20-ap-01156-WB |
| GABRIEL TURCIOS, an individual, on behalf of himself and others similarly situated, | **ORDER APPROVING STIPULATION TO WITHDRAW ALL PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING** |
| Plaintiffs, | |
| vs. | Date:  May 28, 2024 |
| RPM HARBOR SERVICES, INC., a California Corporation; SHAWN DUKE, an individual; and does 1-100, inclusive, | Time:  2:00 p.m. |
| | Ctrm:  1375 |
| | 255 East Temple Street |
| Defendants. | Los Angeles, CA 90012 |

The Court has reviewed the Stipulation to Withdraw All Pending Motions and Dismiss Adversary Proceeding [Adv. Dkt. 95] (the "Stipulation") between RPM Harbor Services, Inc., the reorganized debtor in the above-captioned bankruptcy case and Shawn Duke (collectively,

1
**ORDER APPROVING STIPULATION TO WITHDRAW PENDING MOTIONS AND DISMISS ADVERSARY PROCEEDING**

the "Defendants"), on the one hand, and Gabriel Turcios ("Turcios" or the "Plaintiff"), on the other hand. The Court, having reviewed the Stipulation and good cause appearing therefor, hereby orders as follows:

1. The Stipulation is approved;

2. Plaintiff's Motion for Remand [Adv. Dkt. No. 21.] is withdrawn and all related matters are hereby taken off calendar;

3. Defendants' Motion for Order to Show Cause re Contempt [Adv. Dkt. No. 26.] is withdrawn and all related matters are hereby taken off calendar;

4. Defendants' Motion to Dismiss Adversary Proceeding [Adv. Dkt. No. 28.] is withdrawn and all related matters are hereby taken off calendar; and

5. The above-captioned adversary proceeding is hereby dismissed.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 22, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Armando V Arballo**     aarballo@bgrfirm.com, gmitchell@bgrfirm.com
- **Vanessa M Haberbush**     vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Michael B Lubic**     michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **Robert S Marticello**     rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Michael Simon**     msimon@raineslaw.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Daniel Srourian**     daniel@slfla.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 22, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand  
United States Bankruptcy Court  
Central District of California  
Edward R. Roybal Federal Building and Courthouse  
255 E. Temple Street, Suite 1382 / Courtroom 1375  
Los Angeles, CA 90012

Via Federal Express

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 22, 2024    Jonathan Randolph | /s/ Jonathan Randolph |
|---|---|
| *Date              Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 2                                        **F 9021-1.2.ADV.NOTICE.LODGMENT**